IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the joint motion of the defendant KPMG LLP and the plaintiff for enlargement of time (Filing No. 20) and a similar joint motion filed by the defendant Milliman, Inc. and the plaintiff (Filing No. 21). KPMG LLP and Milliman, Inc. seek additional time to file a response to the plaintiff's complaint. Additionally, the parties have agreed to deadlines exceeding the normal briefing schedule in the event KPMG LLP or Milliman, Inc. files a motion in response to the plaintiff's complaint. This order does not effect the deadlines for any other of the defendants. Upon consideration,

**IT IS ORDERED:**

1. The joint motions for enlargement of time (Filing Nos. 20 and 21) are granted.

2. The defendants KPMG LLP and Milliman, Inc. will have to **on or before August 22, 2005**, to answer, move, oppose, and/or otherwise respond to the Complaint.

3. The plaintiff Auto Services Company, Inc. will have forty days to file an opposition to any motions filed by Defendant KPMG LLP or Milliman, Inc., with the opposition due **on or before October 3, 2005**.

4. The defendants KPMG LLP and Milliman, Inc. will file a reply brief within ten days after service of the plaintiff's opposition.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge