# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the joint motion of the defendant Dennis Costin and the plaintiff for enlargement of time (Filing No. 38). Mr. Costin seeks additional time to file a response to the plaintiff's complaint. Additionally, the parties have agreed to deadlines exceeding the normal briefing schedule in the event Mr. Costin files a motion in response to the plaintiff's complaint. This order does not effect the deadlines for any other of the defendants. Upon consideration,

**IT IS ORDERED:**

1. The joint motion for enlargement of time (Filing No. 38) is granted.
2. The defendant Dennis Costin will have to **on or before August 22, 2005**, to answer, move, oppose, and/or otherwise respond to the Complaint.
3. The plaintiff Auto Services Company, Inc. will have forty days to file an opposition to any motions filed by the defendant Dennis Costin, with the opposition due **on or before October 3, 2005**.
4. The defendant Dennis Costin will file a reply brief within ten days after service of the plaintiff's opposition.

DATED this 27th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge