IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| **KPMG LLP, KPMG CONSULTING, LLC, MILLIMAN, INC., DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE USA, LLP, DELOITTE & TOUCHE, LLP, DELOITTE CONSULTING, LLP, BERKLEY INSURANCE COMPANY, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, LTD., DONALD ERWAY, DENNIS COSTIN, and REX MOATS,** | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the Court on the Stipulation for Second Enlargement of Time entered by and between Plaintiff Auto Services, Inc. ("Auto Services") and Defendant BearingPoint LLC, f/k/a and named in this suit as KPMG Consulting, LLC ("BearingPoint") (Filing No. 55) stipulating to a further enlargement of time for BearingPoint to file an answer or responsive pleading to the Complaint. After giving consideration to the Stipulation and being fully advised in the premises,

**IT IS ORDERED:**

1. The Stipulation (Filing No. 55) shall be and the same is hereby approved.
2. BearingPoint shall have until and including **August 22, 2005**, to file an answer or responsive pleading to the Complaint.

Dated this 11th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge