IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTO SERVICES COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV264 |
| vs. | ) | |
| | ) | |
| KPMG LLP; KPMG CONSULTING, LLC; | ) | ORDER |
| MILLIMAN, INC.; DELOITTE - CAYMAN | ) | |
| ISLANDS; DELOITTE & TOUCHE USA, | ) | |
| LLP; DELOITTE & TOUCHE, LLP; | ) | |
| DELOITTE CONSULTING, LLP; BERKLEY | ) | |
| INSURANCE COMPANY; AMERICAN | ) | |
| SAFETY INSURANCE SERVICES; | ) | |
| AMERICAN SAFETY REINSURANCE, | ) | |
| LTD.; DONALD ERWAY; DENNIS | ) | |
| COSTIN; and REX MOATS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the Stipulation for Second Enlargement of Time entered by and between the Plaintiff, Auto Services, Inc. ("Auto Services") and Defendants American Safety Insurance Services ("ASIS") and American Safety Reinsurance, Ltd. ("ASR"), (Filing No. 59) wherein those parties stipulate to a further enlargement of time for ASIS and ASR to file an answer or responsive pleading to the Complaint. Upon consideration,

**IT IS ORDERED:**

1. The Stipulation (Filing No. 59) is approved.

2. Defendants ASIS and ASR shall have until **August 22, 2005** to file an answer or responsive pleading to the Complaint.

DATED this 15th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge