# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| v. | ) | |
| | ) | |
| **KPMG, KPMG CONSULTING, MILLIMAN, DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE USA, DELOITTE & TOUCHE, DELOITTE CONSULTING, BERKLEY INSURANCE, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, DONALD ERWAY, DENNIS COSTIN, and REX MOATS,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 10 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 10 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge