IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AUTO SERVICES COMPANY, INC.,** | 8:05CV264 |
|       **Plaintiff,** | |
|     vs. | |
| **KPMG LLP, KPMG CONSULTING, LLC, MILLIMAN, INC., DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE USA, LLP, DELOITTE & TOUCHE, LLP, DELOITTE CONSULTING, LLP, BERKLEY INSURANCE COMPANY, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, LTD., DONALD ERWAY, DENNIS COSTIN, and REX MOATS,** | ORDER |
|       **Defendants.** | |

This matter is before the court on the Motion to Withdraw (Filing No. 112) filed by the defendant KPMG Consulting LLC's counsel Todd C. Kinney. The defendant KPMG Consulting LLC is represented by other counsel from the same firm. The court finds good cause shown for the withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 112) is granted.

2. The Clerk of Court shall stop all electronic notices to Todd C. Kinney regarding this case.

DATED this 3rd day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge