IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Auto Services Company, Inc.<br>     Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 8:05-CV-00264 |
| KPMG LLP; et al.<br>     Defendants | §<br>§<br>§ | |

## **ORDER**

Came on to be heard on this day Plaintiff's Second Unopposed Motion for Enlargement of Time filed October 28, 2005. The Court is of the opinion that the motion should be granted. It is therefore

ORDERED that the plaintiff shall have until December 2, 2005, to oppose the Cayman Islands firm of Deloitte & Touche's Motion to Dismiss Plaintiff's Complaint.

IT IS FURTHER ORDERED that defendant Cayman Islands firm of Deloitte & Touche shall have until December 16, 2005 to file a reply brief.

SIGNED AND ENTERED October 28, 2005

s/ Joseph F. Bataillon
United States District Judge
