# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AUTO SERVICES COMPANY, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | **8:05CV264** |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **KPMG LLP, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

      The reference to the U.S. Bankruptcy court having been withdrawn and this matter having been restored to the active docket (Filing No. 149), the parties shall meet and confer and report to the court pursuant to Fed. R. Civ. P. 26 **on or before April 24, 2006.**

      **IT IS SO ORDERED.**

      DATED this 4th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge