IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTO SERVICES COMPANY, | ) | |
| Plaintiff, | ) ) ) | 8:05CV264 |
| v. | ) ) | |
| KPMG, KPMG CONSULTING, MILLIMAN, DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE UNITED STATES OF AMERICA, DELOITTE & TOUCHE, DELOITTE CONSULTING, BERKLEY INSURANCE, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, DONALD ERWAY, DENNIS COSTIN, and REX MOATS, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on its own motion. This court adopted the recommendation of the Bankruptcy Court, Filing No. 150. The court notes that there were pending motions at the time this case was referred to bankruptcy. As a result of the referral to bankruptcy, the Clerk of Court termed all pending motions. Now that the case is again before this court, the parties must refile any motions that it wishes this court to consider.

THEREFORE, IT IS ORDERED THAT the parties are hereby given 30 days from the date of this order to refile any motions pending at the time the court referred this case to bankruptcy.

DATED this 5th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge