IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Richard F. Ensor to withdraw as counsel for the defendant KPMG LLP (Filing No. 181). Mr. Ensor states he is no longer with the Howrey LLP f/k/a Bendinger, Crockett, Peterson, Greenwood & Casey, P.C. However, other attorneys from that firm continue to represent the defendant. The court finds good cause shown for the withdrawal of Mr. Ensor as counsel for KPMG LLP pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 181) is granted.

2. The Clerk of Court shall stop all electronic notices to Richard F. Ensor regarding this case.

DATED this 5th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge