# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:05CV264 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Laura B. Fountain to withdraw as counsel for the plaintiff (Filing No. 205). Ms. Fountain states she is no longer with the firm of Daffer McDaniel, LLP. However, other attorneys from that firm continue to represent the plaintiff. The court finds good cause shown for the withdrawal of Ms. Fountain as counsel for the plaintiff pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 205) is granted.

2. The Clerk of Court shall stop all electronic notices to Laura B. Fountain regarding this case.

DATED this 5th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge