IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Matthew W. Lytle to withdraw as counsel for the defendant KPMG LLP (Filing No. 209). Mr. Lytle states he is no longer with the McGrath North Mullin & Kratz, PC LLO law firm. However, other attorneys from that firm continue to represent the defendant. The court finds good cause shown for the withdrawal of Mr. Lytle as counsel for KPMG LLP pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 209) is granted.

2. The Clerk of Court shall stop all electronic notices to Matthew W. Lytle regarding this case.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge