IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTO SERVICES COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| v. | ) | |
| | ) | |
| KPMG, KPMG CONSULTING, MILLIMAN, DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE UNITED STATES OF AMERICA, DELOITTE & TOUCHE, DELOITTE CONSULTING, BERKLEY INSURANCE, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, DONALD ERWAY, DENNIS COSTIN, and REX MOATS, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

BE IT REMEMBERED on this day, the Court considered Plaintiff's Motion For Leave to File a Supplemental Response to Milliman, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint. It appearing to the Court that the motion should be granted,

IT IS ORDERED that Plaintiff be allowed to file a Supplemental Response to Milliman, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff's Supplemental Response, attached as an Exhibit to Plaintiff's Motion For Leave to File its Supplemental Response, is considered filed with the granting of this motion.

SIGNED this the 16th day of June, 2006.

s/ Joseph F. Bataillon
United States District Judge