# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUTO SERVICES COMPANY, INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | 8:05CV264 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **KPMG LLP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Motion to Withdraw (Filing No. 241) filed herein by Blackwell Sanders Peper Martin, LLP. Blackwell Sanders Peper Martin, LLP states that John E. Hubbard is no longer affiliated with the firm and further states other attorneys from that firm continue to represent the defendant, Milliman, Inc. The court finds good cause shown for the withdrawal of John E. Hubbard as counsel for the defendant pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 241) is granted.

2. The Clerk of Court shall stop all electronic notices to John E. Hubbard regarding this case.

Dated this 20th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge