IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTO SERVICES COMPANY, </br></br>    Plaintiff, </br></br> v. </br></br> KPMG, KPMG CONSULTING, MILLIMAN, DELOITTE - CAYMAN ISLANDS, DELOITTE & TOUCHE UNITED STATES OF AMERICA, DELOITTE & TOUCHE, DELOITTE CONSULTING, BERKLEY INSURANCE, AMERICAN SAFETY INSURANCE SERVICES, AMERICAN SAFETY REINSURANCE, DONALD ERWAY, DENNIS COSTIN, REX MOATS, THE CAYMAN ISLANDS FIRM OF DELOITTE & TOUCHE,  and WINTERBROOK RE INTERMEDIARIES, LLC, </br></br>    Defendants. | 8:05CV264 </br></br></br> **ORDER OF RECUSAL** </br> **REQUEST FOR REASSIGNMENT** |

    This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states:  "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO ORDERED.

    DATED this 22nd  day of November, 2006.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  JOSEPH F. BATAILLON
                                  Chief United States District Judge