IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTO SERVICES COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV264 |
| | ) | |
| v. | ) | |
| | ) | |
| KPMG, L.L.P., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motions to dismiss American Safety Reinsurance, LTD. (Filing No. 250) and Berkley Insurance Company (Filing No. 252).  The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED that said motions are granted; any and all claims asserted against American Safety Reinsurance, LTD., and Berkley Insurance Company are dismissed with prejudice.

DATED this 24th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court