IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AUTO SERVICES COMPANY, INC.,   )
                               )
            Plaintiff,         )        8:05CV264
                               )
       v.                      )
                               )
KPMG, L.L.P., et al.,          )        ORDER
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw Marc M. Tittlebaum as attorney for plaintiff (Filing No. 255). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Marc M. Tittlebaum is granted leave to withdraw as counsel of record for plaintiff.

DATED this 26th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court