IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AUTO SERVICES COMPANY, INC.,   )
                               )
          Plaintiff,           )         8:05CV264
                               )
     v.                        )
                               )
KPMG, L.L.P., et al.,          )         ORDER
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the motions to dismiss of Berkley Insurance Company (Filing No. 152) and of American Safety Reinsurance, Ltd. (Filing No. 177). The Court notes said defendants have been dismissed from this action pursuant to stipulation of the parties (Filing No. 254) and these motions are moot. Accordingly,

IT IS ORDERED that the motions to dismiss Berkley Insurance Company and American Safety Reinsurance, Ltd. are denied as moot.

DATED this 30th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court