IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| AUTO SERVICES COMPANY, INC., ) |  |  |
| ) |  |  |
| Plaintiff, ) | 8:05CV264 |  |
| ) |  |  |
| v. ) |  |  |
| ) |  |  |
| KPMG, L.L.P., et al., ) | ORDER |  |
| ) |  |  |
| Defendants. ) |  |  |
| _____) |  |  |

      This matter is before the Court on Milliman, Inc.'s motion to dismiss first amended complaint (Filing No. 164) and its motion to take judicial notice (Filing No. 166). The Court notes said defendant has been dismissed from this action (Filing No. 260) and these motions are moot. Accordingly,

      IT IS ORDERED that the motion to dismiss and the motion to take judicial notice filed by Milliman, Inc., are denied as moot.

      DATED this 19th day of February, 2007.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court