```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

AUTO SERVICES COMPANY, INC., )
                                     Plaintiff,     )           8:05CV264
                  v.                             )
KPMG, L.L.P., et al.,                 )            ORDER
                       Defendants.    )

        This matter is before the Court on the motion to withdraw Stacy L. Zoern as attorney for plaintiff (Filing No. 276). The Court finds said motion should be granted. Accordingly,

        IT IS ORDERED that said motion is granted; Stacy L. Zoern is granted leave to withdraw as counsel of record for plaintiff.

        DATED this 16th day of August, 2007.

                                            BY THE COURT:

                                            /s/ Lyle E. Strom
                                            _____
                                           LYLE E. STROM, Senior Judge
                                           United States District Court