IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AUTO SERVICES COMPANY, INC.,    )
                                )
            Plaintiff,          )       8:05CV264
                                )
       v.                       )
                                )
KPMG, L.L.P., et al.,           )       ORDER
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion to withdraw as one of the attorneys for defendant KPMG LLP (Filing No. 286). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Daniel J. Wadley is deemed withdrawn as counsel of record for defendant KPMG LLP.

DATED this 22nd day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court